FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2005 NOV 29 PM 3: 59

James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
jleik@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC SLOPE REGIONAL CORPORATION, et al.,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>AON RISK SERVICES, INC. OF WASHINGTON, formerly known as ROLLINS HUDIG HALL OF WASHINGTON INC.,<br><br>　　　　　　Defendant | Case No. A05-034 CV (JKS) |

**STIPULATION AND ORDER TO AMEND THE
SCHEDULING AND PLANNING ORDER**

　　　　The parties hereby stipulate to amend the Scheduling and Planning Order as follows:

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

STIPULATION AND ORDER TO AMEND
SCHEDULING & PLANNING ORDER        - 1 -        [55002-0003/AA053260.010]

| TASK | ORIGINAL DEADLINE | NEW DEADLINE |
|---|---|---|
| IDENTIFY EXPERT WITNESSES | 11/30/05 | 2/28/06 |
| SERVE EXPERT REPORTS | 11/30/05 | 3/31/06 |
| FINAL WITNESS LIST, EXCEPT EXPERTS | 11/30/05 | 1/31/06 |
| COMPLETE EXPERT WITNESS DEPOSITIONS | 2/28/06 | 4/28/06 |
| FILE DISPOSITIVE MOTIONS & MOTIONS IN LIMINE | 3/31/06 | 5/31/06 |

**DELISIO MORAN GERAGHTY & ZOBEL, PC**
Attorneys for Plaintiffs Arctic Slope Regional Corporation, Puget Plastics Corporation, and Puget Plastics Corporation, S.A. De C.V.

Dated: 11.28.05       By /s/ Michael C. Geraghty

**PERKINS COIE LLP**
Attorneys for Defendant
Aon Risk Services, Inc. of Washington

Dated: 11/25/05       By /s/ James N. Leik

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

**FILED**

DEC 0 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ PD _____ Deput[y]

## ORDER

Pursuant to the stipulation of the parties, the Scheduling and Planning Order is amended as set forth above.

12/1/05

_____
James K. Singleton, Jr.
United States District Judge

CERTIFICATE OF SERVICE

I certify that on 11/29/05 a true and correct copy of the foregoing document was served by mail/hand on M. Geraghty

_Maurie Craig_

PD 12-1-05

A05-0034--CV (JKS)

M. GERAGHTY (DELISIO)
J. LEIK (PERKINS)

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

STIPULATION AND ORDER TO AMEND
SCHEDULING & PLANNING ORDER      - 3 -      [55002-0003/AA053260.010]