James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
jleik@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC SLOPE REGIONAL CORPORATION, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>AON RISK SERVICES, INC. OF WASHINGTON, formerly known as ROLLINS HUDIG HALL OF WASHINGTON INC.,<br><br>            Defendant | Case No. A05-034 CV (TMB) |

**STIPULATION TO AMEND
THE SCHEDULING AND PLANNING ORDER**

The parties hereby stipulate to amend the Scheduling and Planning Order as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Identify Expert Witnesses | 2/28/06 | 4/28/06 |
| Serve Expert Reports | 3/31/06 | 4/28/06 |
| Complete Expert Witness Depositions | 4/28/06 | 5/31/06 |

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

| Event | Current Deadline | New Deadline |
|---|---|---|
| File Dispositive Motions And Motions In Limine | 5/31/06 | 6/30/06 |

                              **DELISIO MORAN GERAGHTY & ZOBEL, PC**
943 West 6th Avenue
Anchorage, AK  99501-2033
Phone: 907-279-9574
Fax: 907-276-4231
email:  mgeraghty@dmgz.com

**Dated:  February 17, 2006**    **By**  **s/Michael C. Geraghty (consent)**
Michael C. Geraghty
Alaska Bar No. 7811097

Attorneys for Plaintiffs Arctic Slope Regional Corporation, Puget Plastics Corporation, and Puget Plastics Corporation, S.A. De C.V.

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska  99501
Phone: 907-279-8561
Fax: 907-276-3108
email:  jleik@perkinscoie.com

**Dated:  February 17, 2006**    **By**  **s/James N. Leik**
James N. Leik
Alaska Bar No. 8111109

Attorneys for Defendant
Aon Risk Services, Inc. of Washington

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

STIPULATION TO AMEND
SCHEDULING & PLANNING ORDER   - 2 -   [55002-0003/AA060470.007]

**CERTIFICATE OF SERVICE**

    I hereby certify that I served the foregoing STIPULATION TO AMEND THE SCHEDULING AND PLANNING ORDER on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel
943 West 6th Avenue
Anchorage, AK  99501-2033
Fax:  907-276-4231

by causing a complete, true, and correct copy thereof, addressed to the last-known office address of the attorney (except when served by fax), to be sent by the following indicated method or methods, on the date set forth below:

| | |
|---|---|
| X | by **electronically** serving via U. S. District Court's CM/ECF system. |
|   | by **hand delivery** to those attorneys unable to receive electronic transmissions. |
| X | by **mailing** in a sealed, first-class postage-prepaid envelope and deposited with the United States Postal Service at Anchorage, Alaska. |
|   | by sending via **overnight courier** in a sealed prepaid envelope. |
|   | by **faxing** to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office.  The printed confirmation of receipt of the message generated by the transmitting machine is attached to the official court copy of this certificate. |

    DATED this 17th day of February, 2006.

                              **PERKINS COIE LLP**
                              Attorneys for Defendant
                              Aon Risk Services Inc. of Washington

                    By:    s/James N. Leik
                        James N. Leik, Alaska Bar No. 8111109
                        1029 West Third Avenue, Suite 300
                        Anchorage, Alaska  99501
                        Telephone:  907-279-8561
                        Facsimile:  907-276-3108
                        email:  jleik@perkinscoie.com

**PERKINS COIE** LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

STIPULATION TO AMEND
SCHEDULING & PLANNING ORDER    - 3 -    [55002-0003/AA060470.007]