James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
jleik@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC SLOPE REGIONAL CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AON RISK SERVICES, INC. OF WASHINGTON, formerly known as ROLLINS HUDIG HALL OF WASHINGTON INC.,<br><br>Defendant | Case No. A05-034 CV (TMB) |

**PROPOSED ORDER GRANTING STIPULATION TO
AMEND THE SCHEDULING AND PLANNING ORDER**

    IT IS HEREBY ORDERED that the Stipulation to Amend the Scheduling and Planning Order is APPROVED. The Scheduling and Planning Order is amended as follows:

| Event | Current Deadline | New Deadline |
|---|---|---|
| Identify Expert Witnesses | 2/28/06 | 4/28/06 |
| Serve Expert Reports | 3/31/06 | 4/28/06 |
| Complete Expert Witness Depositions | 4/28/06 | 5/31/06 |
| File Dispositive Motions And Motions In Limine | 5/31/06 | 6/30/06 |

DATED this _____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Judge

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ORDER      - 2 -      [55002-0003/AA060480.003]

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing PROPOSED ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING AND PLANNING ORDER on:

Michael C. Geraghty
DeLisio Moran Geraghty & Zobel
943 West 6th Avenue
Anchorage, AK  99501-2033
Fax:  907-276-4231

by causing a complete, true, and correct copy thereof, addressed to the last-known office address of the attorney (except when served by fax), to be sent by the following indicated method or methods, on the date set forth below:

[X] by **electronically** serving via U. S. District Court's CM/ECF system.
[ ] by **hand delivery** to those attorneys unable to receive electronic transmissions.
[X] by **mailing** in a sealed, first-class postage-prepaid envelope and deposited with the United States Postal Service at Anchorage, Alaska.
[ ] by sending via **overnight courier** in a sealed prepaid envelope.
[ ] by **faxing** to the attorney at the fax number shown above, which is the last-known fax number for the attorney's office. The printed confirmation of receipt of the message generated by the transmitting machine is attached to the official court copy of this certificate.

DATED this 17th day of February, 2006.

**PERKINS COIE LLP**
Attorneys for Defendant
Aon Risk Services Inc. of Washington

By:    s/James N. Leik
James N. Leik, Alaska Bar No. 8111109
1029 West Third Avenue, Suite 300
Anchorage, Alaska  99501
Telephone:  907-279-8561
Facsimile:  907-276-3108
email:  jleik@perkinscoie.com
**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108