James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
jleik@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC SLOPE REGIONAL CORPORATION, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>AON RISK SERVICES, INC. OF WASHINGTON, formerly known as ROLLINS HUDIG HALL OF WASHINGTON INC.,<br><br>            Defendant | Case No. 3:05-CV-0034-TMB |

**STIPULATION FOR STAY AND TO AMEND
THE SCHEDULING AND PLANNING ORDER**

In this action, plaintiffs claim damages for costs and attorneys' fees incurred defending against claims in a lawsuit in Texas.  In an action that is currently pending in the United States District Court for the District of Oregon,[1] plaintiff Puget Plastics Corp. seeks payment by Wausau Business Insurance Co.

---

[1] <u>Wausau Business Insurance Co. v. Puget Plastics Corp.</u>, Case No. CV-05-0050 HA.

ARCTIC SLOPE v. AON RISK SERVICES
Case No. 3:05-CV-0034-TMB                    - 1 -                    [55002-0003/AA061150.002]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

("Wausau") of the costs and attorneys' fees incurred in defense of the Texas lawsuit.  If Puget Plastics is successful in its pending claim against Wausau, plaintiffs could recover some or all of the damages that they are claiming in this action.

Cross-motions for summary judgment are pending in the Oregon case.[2]  The parties believe that the efficient and economical resolution of their dispute will be enhanced by staying proceedings in this case until the summary judgment motions in Oregon are decided.  Therefore, the parties stipulate that proceedings in this case are stayed until the issuance of an order by the District of Oregon deciding the pending cross-motions for summary judgment.  The remaining pretrial deadlines in this action shall be reset as follows:

| Event | Current Deadline |
| --- | --- |
| Identify Expert Witnesses | 30 days after Oregon decision |
| Serve Expert Reports | 30 days after Oregon decision |
| Complete Expert Witness Depositions | 60 days after Oregon decision |
| File Dispositive Motions And Motions In Limine | 90 days after Oregon decision |

The parties will advise the Court when the Oregon motions are decided, and will provide calendar dates for the above deadlines at that time.

---

[2] All briefs have been filed except for one reply brief that is due on May 1, 2006.

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC SLOPE v. AON RISK SERVICES
Case No. 3:05-CV-0034-TMB          - 2 -          [55002-0003/AA061150.002]

DELISIO MORAN GERAGHTY
& ZOBEL, PC
943 West 6th Avenue
Anchorage, AK  99501-2033
Phone:  907-279-9574
Fax:  907-276-4231
email:  mgeraghty@dmgz.com

Dated:  April 25, 2006        By   s/Michael C. Geraghty (consent)
                                   Michael C. Geraghty
                                   Alaska Bar No. 7811097

Attorneys for Plaintiffs Arctic Slope
Regional Corporation, Puget Plastics
Corporation, and Puget Plastics
Corporation, S.A. De C.V.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska  99501
Phone:  907-279-8561
Fax:  907-276-3108
email:  jleik@perkinscoie.com

Dated:  April 25, 2006        By   s/James N. Leik
                                   James N. Leik
                                   Alaska Bar No. 8111109

Attorneys for Defendant
Aon Risk Services, Inc. of Washington

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC SLOPE v. AON RISK SERVICES
Case No. 3:05-CV-0034-TMB        - 3 -        [55002-0003/AA061150.002]

I hereby certify that on April 26, 2006, a copy of the foregoing Stipulation for Stay and to Amend the Scheduling and Planning Order was served electronically on Michael C. Geraghty.

**s/James N. Leik**
James N. Leik

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC SLOPE v. AON RISK SERVICES
Case No. 3:05-CV-0034-TMB     - 4 -     [55002-0003/AA061150.002]