James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
jleik@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC SLOPE REGIONAL CORPORATION, et al.,<br><br>              Plaintiffs,<br><br>v.<br><br>AON RISK SERVICES, INC. OF WASHINGTON, formerly known as ROLLINS HUDIG HALL OF WASHINGTON INC.,<br><br>              Defendant | Case No. 3:05-CV-0034-TMB |

**PROPOSED ORDER FOR STAY AND TO AMEND
THE SCHEDULING AND PLANNING ORDER**

Pursuant to stipulation of the parties, and good cause appearing, it is hereby ordered that proceedings in this case are stayed until the issuance of an order by the District of Oregon in <u>Wausau Business Insurance Co. v. Puget Plastics Corp.</u>, Case No. CV-05-0050 HA, deciding the pending cross-motions for summary judgment. The remaining pretrial deadlines in this action shall be reset as follows:

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC SLOPE v. AON RISK SERVICES
Case No. 3:05-CV-0034-TMB      - 1 -      [55002-0003/AA061150.003]

| Event | Current Deadline |
|---|---|
| Identify Expert Witnesses | 30 days after Oregon decision |
| Serve Expert Reports | 30 days after Oregon decision |
| Complete Expert Witness Depositions | 60 days after Oregon decision |
| File Dispositive Motions And Motions In Limine | 90 days after Oregon decision |

DATED this _____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Judge

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC SLOPE v. AON RISK SERVICES
Case No. 3:05-CV-0034-TMB         - 2 -         [55002-0003/AA061150.003]

I hereby certify that on April 26, 2006, a copy of the foregoing Order for Stay and to Amend the Scheduling and Planning Order was served electronically on Michael C. Geraghty.

**s/James N. Leik**
James N. Leik

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108