IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC SLOPE REGIONAL CORPORATION, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>AON RISK SERVICES, INC., OF WASHINGTON, formerly known as ROLLINS HUDIG HALL OF WASHINGTON, INC.,<br><br>　　　　　　　Defendant. | Case No.  3:05-CV-34   TMB<br><br>O R D E R |

　　　　Pursuant to stipulation of the parties, and good cause appearing, it is hereby ordered that proceedings in this case are stayed until the issuance of an order by the District of Oregon in Wausau Business Insurance Co. v. Puget Plastics Corp., Case No. CV-05-0050 HA, deciding the pending cross-motions for summary judgment.  The remaining pretrial deadlines in this action shall be reset as follows:

| | |
|---|---|
| Identify Expert Witnesses | - 30 days after Oregon Decision |
| Serve Expert Reports | - 30 days after Oregon Decision |
| Complete Expert Witness Depositions | - 60 days after Oregon Decision |
| File Dispositive Motions/Motions in Limine | - 90 days after Oregon Decision |

　　Dated at Anchorage, Alaska, this 27th day of April 2006.


　　　　　　　　　　　　　　　　　　　　/s/ Timothy Burgess
　　　　　　　　　　　　　　　　　　　　Timothy M. Burgess
　　　　　　　　　　　　　　　　　　　　United States District Judge