James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
jleik@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ARCTIC SLOPE REGIONAL
CORPORATION, et al.,

              Plaintiffs,

v.

AON RISK SERVICES, INC. OF
WASHINGTON, formerly known as
ROLLINS HUDIG HALL OF
WASHINGTON INC.,

              Defendant

Case No. 3:05-CV-0034-TMB

**STIPULATION TO AMEND
THE SCHEDULING AND PLANNING ORDER**

Pursuant to the Order dated April 27, 2006, the parties report that on

June 30, 2006, the United States District Court for the District of Oregon issued an

order in <u>Wausau Business Insurance Co. v. Puget Plastics Corp.</u>, Case No. CV-05-

0050 HA, deciding the pending cross-motions for summary judgment, and on

**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

July 17, 2006, the Court entered final judgment. In light of the foregoing, and on-going evaluation of their settlement positions, the parties agree that the remaining pretrial deadlines in this action shall be reset as follows:

| Event | Deadline |
|---|---|
| Identify Expert Witnesses | August 31, 2006 |
| Serve Expert Reports | August 31, 2006 |
| Complete Expert Witness Depositions | September 29, 2006 |
| File Dispositive Motions And Motions In Limine | October 30, 2006 |

**DELISIO MORAN GERAGHTY**
**& ZOBEL, PC**
943 West 6th Avenue
Anchorage, AK 99501-2033
Phone: 907-279-9574
Fax: 907-276-4231
email: mgeraghty@dmgz.com

Dated: July 27, 2006             By   **s/Michael C. Geraghty (consent)**
                                      Michael C. Geraghty
                                      Alaska Bar No. 7811097

                                 Attorneys for Plaintiffs Arctic Slope
                                 Regional Corporation, Puget Plastics
                                 Corporation, and Puget Plastics
                                 Corporation, S.A. De C.V.

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC SLOPE v. AON RISK SERVICES
Case No. 3:05-CV-0034-TMB                - 2 -                [55002-0003/AA062080.003]

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska  99501
Phone:  907-279-8561
Fax:  907-276-3108
email:  jleik@perkinscoie.com


Dated:  July 27, 2006            By    s/James N. Leik
                                       James N. Leik
                                       Alaska Bar No. 8111109

                                 Attorneys for Defendant
                                 Aon Risk Services, Inc. of Washington


I hereby certify that on July 27, 2006, a copy
of the foregoing Stipulation to Amend the
Scheduling and Planning Order was served
electronically on Michael C. Geraghty.

s/James N. Leik
James N. Leik

ARCTIC SLOPE v. AON RISK SERVICES
Case No. 3:05-CV-0034-TMB            - 3 -            [55002-0003/AA062080.003]