James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561
(907) 276-3108 (Facsimile)
jleik@perkinscoie.com

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC SLOPE REGIONAL CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AON RISK SERVICES, INC. OF WASHINGTON, formerly known as ROLLINS HUDIG HALL OF WASHINGTON INC.,<br><br>Defendant | Case No. 3:05-CV-0034-TMB |

## PROPOSED ORDER AMENDING
## THE SCHEDULING AND PLANNING ORDER

Pursuant to stipulation of the parties, and good cause appearing, it is hereby ordered that the remaining pretrial deadlines in this action are amended as follows:

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC SLOPE v. AON RISK SERVICES
Case No. 3:05-CV-0034-TMB           - 1 -           [55002-0003/AA062080.004]

| Event | Deadline |
|---|---|
| Identify Expert Witnesses | August 31, 2006 |
| Serve Expert Reports | August 31, 2006 |
| Complete Expert Witness Depositions | September 30, 2006 |
| File Dispositive Motions And Motions In Limine | October 30, 2006 |

DATED this _____ day of _____, 2006.

_____
Timothy M. Burgess
United States District Judge

I hereby certify that on July 27, 2006, a copy of the foregoing Proposed Order was served electronically on Michael C. Geraghty.

**s/James N. Leik**
James N. Leik

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ARCTIC SLOPE v. AON RISK SERVICES
Case No. 3:05-CV-0034-TMB     - 2 -     [55002-0003/AA062080.004]