IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC SLOPE REGIONAL CORPORATION, PUGET PLASTICS CORPORATION, and PUGET PLASTICS CORPORATION, S.A. De C.V., <br><br> Plaintiffs, <br><br> v. <br><br> AON RISK SERVICES, INC. OF WASHINGTON, formerly known as ROLLINS HUDIG HALL OF WASHINGTON INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 3:05-cv-00034-TMB <br> ) <br> ) |

## UNOPPOSED MOTION FOR TRIAL DATE OR, IN THE ALTERNATIVE, TRIAL-SETTING CONFERENCE

Plaintiffs, by and through their undersigned counsel, respectfully certify to this court the following:

1. All fact discovery in this matter has been completed, including the exchange of expert reports. The only remaining discovery is the depositions of the various experts, of which there are three.

2. There are no dispositive motions to be filed in this matter.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

105492 – Unopposed Motion for Trial Date Or, In the Alternative, Trial-Setting Conference
*ASRC v. AON, et al.*; Case No. 3:05-cv-0034-TMB; Page 1 of 3

3.  The parties conducted a mediation in Seattle, Washington in March of this year, which was not successful. At this point, the plaintiffs believe it would be most productive if this court were to schedule a trial date, keeping in mind that approximately 60 days will be needed to complete expert depositions. Counsel assume, and would request, that the trial be set some time during the first quarter of 2007.

4.  In the alternative, the parties can appear at a trial setting conference to schedule any remaining matters, including the trial date. Given the trial calendar of both counsel, that might be the most efficient way to approach the remaining scheduling issues. Another option would be to simply confer telephonically with the court's case management clerk. We defer to the court obviously.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

105492 - Unopposed Motion for Trial Date Or, In the Alternative,
        Trial-Setting Conference
*ASRC v. AON, et al.*; Case No. 3:05-cv-0034-TMB; Page 2 of 3

     5.   Counsel certifies that he has reviewed a draft of this pleading with opposing counsel, and he has no objection to its content.

     DATED this 22nd day of September, 2006, at Anchorage, Alaska.

                               DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Plaintiffs
Arctic Slope Regional Corporation

By:  /s/ Michael C. Geraghty
     Michael C. Geraghty
     943 West 6th Avenue
     Anchorage, Alaska 99501
     (907) 279-9574
     Fax: (907) 276-4231
     mgeraghty@dmgz.com
     ABA No. 7811097

This is to certify that a true copy
of the foregoing was served electronically
this 22nd day of September, 2006,
on the following:

James N. Leik, Esq.
Perkins Coie, LLP
1029 W. 3rd Ave., Ste. 300
Anchorage, AK 99501

By _/s/ Annette R. Cartier_
    Annette R. Cartier

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

105492 - Unopposed Motion for Trial Date Or, In the Alternative,
       Trial-Setting Conference
*ASRC v. AON, et al.*; Case No. 3:05-cv-0034-TMB; Page 3 of 3