IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC SLOPE REGIONAL CORPORATION, PUGET PLASTICS CORPORATION, and PUGET PLASTICS CORPORATION, S.A. De C.V., <br><br> Plaintiffs, <br><br> v. <br><br> AON RISK SERVICES, INC. OF WASHINGTON, formerly known as ROLLINS HUDIG HALL OF WASHINGTON INC., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No.: 3:05-cv-00034-TMB <br> ) <br> ) |

### [PROPOSED] ORDER RE TRIAL-SETTING CONFERENCE

Plaintiffs having requested a trial date in this matter, which request is not opposed by the defendant, and the court being otherwise fully advised in the premises,

**IT IS HEREBY ORDERED** that the case management clerk shall confer with counsel at the earliest opportunity for purposes of picking a trial date. The court will then issue a pre-trial order in conformance with said date.

Alternatively, counsel shall appear at a trial setting

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

105658 - Proposed Order Re Trial-Setting Conference
*ASRC v. AON, et al.*; Case No. 3:05-cv-0034-TMB; Page 1 of 2

conference before this court on _____, \_\_\_\_\_, at _____ am/pm.

DATE: _____    _____
THE HONORABLE TIMOTHY M. BURGESS
JUDGE OF THE U.S. DISTRICT COURT

This is to certify that a true copy
of the foregoing was served electronically
this 22nd day of September, 2006,
on the following:

James N. Leik, Esq.
Perkins Coie, LLP
1029 W. 3rd Ave., Ste. 300
Anchorage, AK 99501

By /s/ Annette R. Cartier
    Annette R. Cartier

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

105658 – Proposed Order Re Trial-Setting Conference
*ASRC v. AON, et al.*; Case No. 3:05-cv-0034-TMB; Page 2 of 2