IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ARCTIC SLOPE REGIONAL          )
CORPORATION, PUGET PLASTICS    )
CORPORATION, and PUGET PLASTICS )
CORPORATION, S.A. De C.V.,      )
                                )
                Plaintiffs,     )
                                )
v.                              )
                                )
AON RISK SERVICES, INC. OF      )
WASHINGTON, formerly known as   )
ROLLINS HUDIG HALL OF           )
WASHINGTON INC.,                )
                                ) Case No.: 3:05-cv-00034-TMB
                Defendants.     )
_____ )

## NOTICE OF TELEPHONIC APPEARANCE

Plaintiffs, by and through their undersigned counsel, DeLisio Moran Geraghty & Zobel, P.C., hereby advise the court that Michael C. Geraghty will be in Seattle for a long-planned deposition trip during the week of October 2 and will have to appear telephonically at the trial setting conference set for October 4, 2006 at 2:00 p.m. Mr. Geraghty will phone

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

105721 – Notice of Telephonic Appearance
*ASRC v. AON, et al.; Case No. 3:05-cv-0034-TMB; Page 1 of 2*

(907)677-6246 a few minutes before 2:00 p.m. to participate.

DATED this 27th day of September, 2006, at Anchorage, Alaska.

DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
Attorneys for Plaintiffs
Arctic Slope Regional Corporation

By: /s/ Michael C. Geraghty
    Michael C. Geraghty
    943 West 6th Avenue
    Anchorage, Alaska 99501
    (907) 279-9574
    Fax: (907) 276-4231
    mgeraghty@dmgz.com
    ABA No. 7811097

This is to certify that a true copy
of the foregoing was served electronically
this 27th day of September, 2006,
on the following:

James N. Leik, Esq.
Perkins Coie, LLP
1029 W. 3rd Ave., Ste. 300
Anchorage, AK 99501

By /s/ Annette R. Cartier
       Annette R. Cartier

DeLISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033
———
(907) 279-9574

105721 - Notice of Telephonic Appearance
*ASRC v. AON, et al.*; Case No. 3:05-cv-0034-TMB; Page 2 of 2