```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA

 ARCTIC SLOPE REGIONAL CORP. et al   vs.  AON RISK SERVICES INC. OF


BEFORE THE HONORABLE TIMOTHY M. BURGESS  CASE NO 3:05-CV-00034-TMB

DEPUTY CLERK/RECORDER:        ELISA SINGLETON

APPEARANCES:    PLAINTIFF:    MICHAEL C. GERAGHTY, telephonic

                DEFENDANT:    JAMES N. LEIK

PROCEEDINGS: SCHEDULING CONFERENCE - HELD 10/4/2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 2:03 p.m. court convened.

Court and counsel heard re case status.  Court to issue written order re scheduling and trial date.

At 2:16 p.m. court adjourned.

DATE: October 4, 2006  DEPUTY CLERK'S INITIALS:      ES