```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ALASKA

ARCTIC SLOPE REGIONAL          )
CORPORATION, PUGET PLASTICS    )
CORPORATION, and PUGET PLASTICS)
CORPORATION, S.A. De C.V.,     )
                               )
               Plaintiffs,     )
                               )
v.                             )
                               )
AON RISK SERVICES, INC. OF     )
WASHINGTON, formerly known as  )
ROLLINS HUDIG HALL OF          )
WASHINGTON INC.,               )
                               ) Case No.: 3:05-CV-00034-TMB
               Defendants.     )
                               )
```

## NOTICE TO THE COURT

Plaintiffs, by and through their undersigned counsel, advise the Court that the parties negotiated a tentative settlement following a mediation on Wednesday, December 6, 2006. It is anticipated that the settlement papers and consideration will be exchanged sometime during the next thirty (30) days.

We would suggest that the Court issue a minute order requiring the parties to submit a joint status report within sixty (60) days if the final dismissal papers have not been filed by that date.

DELISIO MORAN
GERAGHTY & ZOBEL, P.C.

943 WEST 6TH AVENUE
ANCHORAGE, ALASKA
99501-2033

(907) 279-9574

107312 – Notice to the Court
*ASRC v. AON, et al.;* Case No. 3:05-cv-0034-TMB; Page 1 of 2

DATED this _8th_ day of December, 2006, at Anchorage, Alaska.

                DeLISIO MORAN GERAGHTY & ZOBEL, P.C.
                Attorneys for Plaintiffs
                Arctic Slope Regional Corporation


           By:  /s/ Michael C. Geraghty
                Michael C. Geraghty
                943 West 6th Avenue
                Anchorage, Alaska 99501
                (907) 279-9574
                Fax: (907) 276-4231
                mgeraghty@dmgz.com
                ABA No. 7811097

This is to certify that a true copy
of the foregoing was served electronically
this ____ day of December, 2006,
on the following:

James N. Leik, Esq.
Perkins Coie, LLP
1029 W. 3rd Ave., Ste. 300
Anchorage, AK 99501


By _/s/ Jeannette Gibbons_____
     Jeannette Gibbons

DeLisio Moran
Geraghty & Zobel, P.C.

943 West 6th Avenue
Anchorage, Alaska
99501-2033
____

(907) 279-9574

107312 – Notice to the Court
*ASRC v. AON, et al.;* Case No. 3:05-cv-0034-TMB; Page 2 of 2