UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

ARCTIC SLOPE REGIONAL CORP., et al    v.    AON RISK SERVICES INC.
                                                OF WASHINGTON

THE HONORABLE TIMOTHY M. BURGESS

D{EPUTY} C{LERK}                                          CASE NO.  3:05-cv-00034-TMB

Linda Christensen

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: December 14, 2006

      It has come to the attention of the court by communication from one or more of the parties that this case may have been settled.  If a settlement has been reached, counsel will please submit appropriate closing papers within thirty (30) days from the date of this order or, in the alternative, counsel for plaintiff (or third-party plaintiff, as appropriate) shall, within said thirty-day period, report the status of the case to the court.

      If the court receives neither appropriate closing papers nor a report within thirty (30) days from the date of this order, the court will assume that the parties have settled the case and it will be dismissed with prejudice.

      The Final Pretrial Conference set for March 19, 2007 and the Trial by Jury set for April 2, 2007 are hereby vacated, and all pending motions are denied as moot with leave to renew if the case is not dismissed.

[]{IL2.WPD*Rev.12/96}