James N. Leik
Perkins Coie LLP
1029 W. Third Avenue, Suite 300
Anchorage, Alaska  99501
(907) 279-8561
(907) 276-3108 (Facsimile)
jleik@perkinscoie.com

Attorneys for Defendant
Aon Risk Services, Inc. of Washington

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| ARCTIC SLOPE REGIONAL CORPORATION, PUGET PLASTICS CORPORATION, and PUGET PLASTICS CORPORATION, S.A. DE C.V.,<br><br>                  Plaintiffs,<br><br>v.<br><br>AON RISK SERVICES, INC. OF WASHINGTON, formerly known as ROLLINS HUDIG HALL OF WASHINGTON INC.,<br><br>                  Defendant. | Case No. 3:05-cv-034-TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a), all parties stipulate that this action is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 11th day of January, 2007.

**DELISIO MORAN GERAGHTY & ZOBEL, PC**
943 West 6th Avenue
Anchorage, AK  99501-2033
Phone:  907-279-9574
Fax:  907-276-4231
email:  mgeraghty@dmgz.com


By   s/Michael C. Geraghty
     Michael C. Geraghty
     Alaska Bar No. 7811097

Attorneys for Plaintiffs Arctic Slope Regional Corporation, Puget Plastics Corporation, and Puget Plastics Corporation, S.A. de C.V.


**PERKINS COIE LLP**
1029 West Third Avenue, Suite 300
Anchorage, Alaska  99501
Phone:  907-279-8561
Fax:  907-276-3108
email:  jleik@perkinscoie.com


By   s/James N. Leik
     James N. Leik
     Alaska Bar No. 8111109

Attorneys for Defendant
Aon Risk Services, Inc. of Washington

PERKINS COIE LLP
1029 West Third Avenue, Suite 300
Anchorage, Alaska 99501
(907) 279-8561 / Facsimile (907) 276-3108

ASRC, et al. v. Aon Risk Services
Case No. 3:05-cv-034-TMB                - 2 -                [55002-0003/12631229_1.DOC]